# UNITED STATES DISTRICT COURT

### for the
### Southern District of Illinois

MICHAEL, lee ID#Y17169 )
_____ )   Case Number: 21-0900-NJR
_____ )   _____
_____ )   (Clerk's Office will provide)
*Plaintiff(s)/Petitioner(s)* )
v. )   ☐ **CIVIL RIGHTS COMPLAINT**
S. STOVER )   pursuant to 42 U.S.C. §1983 (State Prisoner)
DON, LACKEY )   ☐ **CIVIL RIGHTS COMPLAINT**
WEXFORD Heath Services )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
ILLinios Department of CORRECTiON )   ☐ **CIVIL COMPLAINT**
*Defendant(s)/Respondent(s)* )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
)   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:** Michael lee FD# Y17167   LawRence

A.   Plaintiff's mailing address, register number, and present place of CORRECTionaL CENTER 19030 LawRence RD
confinement.                                                                    SUMNER, FL
                                                                                      62466

**Defendant #1:**

B.   Defendant ___S. STOVER___ is employed as
                          (a) (Name of First Defendant)
___NURSE PRactitioneR___
            (b) (Position/Title)

with ___WEXFORD Heatlh SERVices - IDOC___
          (c) (Employer's Name and Address)

___UNknown AddResses___

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: To MY BelieF WEXFoRD
EMPloyes (S. STOVER) and FDoc whicH
IS STate.

Rev. 10/3/19

**Defendant #2:**

C.   Defendant ___DON, LACKEY___ is employed as

_____MEDICAL STAFF MEMBER_____
(Position/Title)

with _WEXFORD Health SERVICES - IDOC_
(Employer's Name and Address)
___ADDRESSES UNKNOWN___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: _YES TO MY BELIEF WEXFORD HealthSERVICES And IDOC WhoM EMPloyed DON, LACKEY is STATE._

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

DEFENDANT #3 _WEXFORD Health SERVICES, is_
EMPLoyed as          (name of THIRD DEFENDANT)

_eMPloyeRS of Medical STAFF_
(PoSition/Title)

_STATE of ILLinois - ILLinois DEPARTMENT of CORRECTIONS - AddRESSES UNKNOWN_
(EMPLoyE's name And ADDRESS)

AT THE TIME CLAIM (S) ALLEGED in THIS COMPLAINT AROSE, WAS DEFENDANT #3 EMPLoyed BY THE STATE, LoCAL, OR FEDERAL GOVERNMENT?   ☑ YES   ☐ no
IF YouR AnSWER is YES, BRiefly EXPLAIN: To MY UnDER-STANDing IDOC, and WEXFORD Health SERViCES ARE STATE EMPLoyed.

ADDItional DefenDant(s) (if Any):

E. DefenDant # 4   ILLinois DePartMent of CORRections
is EMPloyeD AS
      (naMe of FouRTh DefenDant)
      AgencY ovER IDoc STaFF And InMates
      (PoSitiion / Title)
      STate of ILLinois - GovernMent / unknown ADDResses
      (eMPloyeR's naMe and ADDRess)

AT The TiMe The CLAiM (s) AlleGeD in This COMPlaint AROSE,
WAS DefenDant # 4 eMPloyeD BY The STate, Local, oR
FeDeRal GovernMent ☑ Yes ☐ no

If YouR AnswER is Yes, BRiefly exPlain: Yes To MY
BelieF  IDoc is eMPloyed BY STate OF ILLinois and
The GovernMent

ADDITIONAL DEFENDANT (S) (IF ANY):

F. Defendant #5 __DEANNA M. BROOKHART__ is EMPLOYED AS
(name of FIFTH Defendant)
CAO / WARDEN AT LawRence, CC
(Position / Title)
ILLINOIS DEPARTMENT OF CORRECTIONS - UNKNOWN ADDRESS
(EMPLOYER'S name And Address)

AT THE TIME THE CLAIM(S) Alleged in THIS COMPLAINT AROSE,
WAS DEFENDANT #5 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL
GOVERNMENT ☑YES  ☐ NO

IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN: YES TO MY
BELIEF  ILLINOIS DEPARTMENT OF CORRECTIONS
EMPLOYES  DEANNA M. BROOKHART THEREFORE
DEFENDANT #5 WAS EMPLOYED BY THE STATE.

Additional Defendant (S) (if any)

3. Defendant # 6      L. Livingston, CCII is employed as
                      (name of Defendant # Six)
   Correctional grievance counselor (handles grievances)
                      (Position / Title)
   (Illinois Department of Corrections) Unknown Address
                      (Employer's name and Address)

At the time the claim(s) alleged in this complaint arose,
was Defendant # 6 Employed by the State, local, or
   Federal Government  ☑ yes   ☐ no

If your answer is yes, Briefly Explain: Yes to my
   Belief Defendant #6 is Employed by IDoc which
   is State.

ADDItional DeFendant(s) (IF Any)

H. DeFendant # 7 ___ J. GARRETT, CCII IS ENPLOYED AS
(name oF seventh DeFenDant)

GRievance oFFiceR , AT LawRence , cc
(Position / TiTle)

ILLinois DeParTMent oF corRecTions-unKnown ADDRess
(EMPloyeR's naMe And ADDRess)

AT the TiMe The claiM (s) Alleged in This coMPlaint ARose,
was DeFenDant # 7 eMPloyeD BY The State, Local, oR
FeDeRal GoveRnMent ☑ Yes ☐ no

IF YouR AnsweR is Yes, BRieFly ExPlain: Yes To MY
Belief DeFenDant #7 is eMPloyeD BY IDoc which
is State.

Additional DeFendant(s) (if any)

I. DeFenDant # 8  Rob JeFFReys _____  is employed As
                (name of Eighth DeFendant)

   ACTing DiRecTOR oF IDOC
          (Position/ Title)

   ILLinois DepaRtment of coRRecTions - Unknown ADDRess
          (EmployeR's name And ADDRess)

AT The Time The claim (s) Alleged in This COMPLaint ARose,
   was DeFendant # 8 employed By The State, Local, oR
   FeDeRal GoveRnment  ☒ yes  ☐ no

   IF youR AnsweR is yes, BRiefly EXplain: yes
   DeFenDant #8 is employed By IDOC whis is
   State.

Additional Defendant(s) (if any)

J. Defendant # 9 __DEBBIE, KNAUER__ is employed as
(name of ninth Defendant)

Administration Review Board
(Position / Title)

Illinois Department of Corrections - unknown Address
(Employers name and Address)

At the time the claim (s) alleged in this complaint arose, was Defendant #9 employed by the State, Local, or Federal Government ☑ Yes ☐ No

If your answer is Yes, briefly explain: yes to my belief Defendant #9 is employed by IDOC which is State.

ADDitional DeFenDantS) (iF Any)
DeFendant #10

K. DeFendant DR. Gleen BABich is emPloyed as
(nuNe oF Tenth DeFendant)
Regional DiRectOR AT WeXfoRD Health seRvices
(PoSition / TitIe)
(weXFORD Health seRvices) UnknOWn AddReSS
emPloyes name and AddReSS

AT The TiMe The claPM(s) AlleGed in this comPlaint AROse,
was DeFenDant #10 emPloyeD BY The STate, locccl, OR
FeDeRAL GoveRnment ☑ YeS  ☐ no

IF YOuR ansWeR is yes, BRiefly exPlcin: yes To mY
BelieF DR. Gleen BABich is emPloyed BY
WeXfoRD Health SOuRces, IOC which is State/
Locul.

PAGES 1 OF 5

PREVIOUS LAWSUITS

1 PARTIES TO PREVIOUS LAWSUIT

PLAINTIFF(S): Michael lee

V.

DEFENDANT(S): COOK COUNTY SHERIFF, et al

2) COURT (IF FEDERAL COURT, name of DISTRICT, IF
STATE COURT name of The COUNTY):
NORTHERN DISTRICT, COOK COUNTY

3. DOCKET NUMBER: 1:16-CV-6412

4 name of JUDGE to whom case was ASSIGNED:
UNKNOWN (I DO LONGER have The DOCUMENTS)

5. TYPE OF CASE: CIVIL RIGHTS

6. DISPOSITION OF THE CASE: DISMISSED

7. APPROXIMATE DATE OF FILING LAWSUIT: 2016

8. APPROXIMATE DATE OF DISPOSITION: 2017
(FILING fees PAID OFF)

9. No, it was DISMISSED DUE to MYSELF
No PROPERLY KNOWING how to litigate the
CASE.

PAGES 2 OF 5

PREVIOUS lawsuit

1) Parties To Previous lawsuit

PLAINTIFF - Michael Ite

V.

Defendant(s) Tom DART, et al

2) Court (if Federal court name DISTRCT, if State court name of COUNTY): NORTHERN DISTRICT   COOK COUNTY

3) DOCKET NUMBER: 1:19-CV-0552

4) Name of JUDGE TO WHOM CASE was Assigned: unknown (I no longer have The Documents.)

5) TYPE of CASE: Civil Rights

6) Disposition of The CASE: Dismissed

7) APPROXIMATE Date of filing Lawsuit: 2019

8) APPROXIMATE Date of Disposition: 2019-2020

9) Case was Dismissed due to Me not filing in The correct DISTRICT.

Pages 3 of 5

Previous lawsuit

1) Parties to previous lawsuit
Plaintiff - Michael lee
                    V.
Defendant(s) Lisa, Rogers, et al

2) Court (if Federal name District), FF
State court name of county): cook county

3) Docket number: 2  1:19-cv-2862
4) name of Judge to whom case was
Assigned: Judge Gary Feinerman
Magistrate Judge Susan Cox
5) Type of case: Civil Rights
6) Disposition of the case: Settlement
Agreed upon with All Parties
7) Approximate date of Filing lawsuit: 2019
Of  Appal
8) Approximate date of Disposition: 2021
9) no.

Page 4 of 5

Previous lawsuit

1) Parties to previous lawsuit
   Plaintiff - MICHAEL LEE
                    V.
   Defendant(s) TOM Dart, et al

2) Court if Federal court name District, if
   State court name of county]:
   COOK COUNTY
3) Docket number: 1:20-cv-04136
4) Name of Judge to whom case was
   assigned: Judge Gary Feinerman
   Magistrate Judge Susan Cox
5) Type of case: Civil Rights
6) Disposition of the case: Settlement
   agreed upon with all parties
7) Approximate date of filing lawsuit: 2020
8) Approximate date of disposition: 2021
9) no.

PAGES 5 OF 5

PREVIOUS LAWSUIT
1) PARTIES TO PREVIOUS LAWSUIT
   PLAINTIFF - Michael Lee
            V.
   DEFENDANT(S) ILLINOIS DEPARTMENT OF
   CORRECTIONS, et al

2) COURT, IF FEDERAL COURT NAME DISTRICT;
   IF STATE COURT NAME OF COUNTY): COOK
   COUNTY
3) DOCKET NUMBER: 1:21-CV-02228
4) NAME OF JUDGE TO WHOM CASE
   ASSIGNED: GARY FEINERMAN
5) TYPE OF CASE: Civil Rights
6) Disposition of The CASE: (Pending)
7) APPROXIMATE DATE OF FILING LAWSUIT: 2021
   OF APRIL, (26th DAY)
8) APPROXIMATE DATE OF DISPOSITION: Pending now
9) no

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☑Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): _Michael lee_

_v._

Defendant(s): _IDOC_

2.    Court (if federal court, name of the district; if state court, name of the county): _Pontiac, FL ) I am not sore of county. state court yes. central District._

3.    Docket number: _unknown - I no longer have 1:18-CV-0108I CSB   The Documents_

4.    Name of Judge to whom case was assigned: _unknown Judge Colon STIRling BRUCE_

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): _Civil/Rights_

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _I failed To UPDate ADDRess Case Dismissed_

7.    Approximate date of filing lawsuit: ~~2016~~ ~~2017~~ *noveмber* 2018

8.    Approximate date of disposition: 201 8

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *no.*

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes   ☐ No

C.    If your answer is YES,
   1.    What steps did you take? *I WROTE L. Livingston And J. Garrett whom handles Grievances and respond to grievances and explain in detail my issues.*
   2.    What was the result? *BOTH L. Livingston failied to take grievance serious and failied to investigate my claim, After L. Livingston grievance was forward to J. Garrett on 2nd level, I received no results*

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes   ☐ No

F.    If your answer is YES,
   1.    What steps did you take?

Rev. 10/3/19

ILLINOIS ... MENT OF CORRECTIONS

## Offender Request

Offender Name: _Michael Tee_                    ID #_Y17168_ Living Unit: _SC L-16_

Job Assignment: _____    Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: _Healthcare_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _May I please see_
for the purpose of (explain): _A Doctor for my forearm, its painful_
_and has object remaining inside._

_____ _M. Tee_ _____ _7-13-2021_
                    Offender's Signature                                  Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____          _____
        Print Staff Name                          Print Supervisor Name

_____  _____        _____  _____
    Staff Signature         Date              Supervisor Signature        Date

Distribution:   Affected Unit
                                    *Printed on Recycled Paper*                      DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Michael. lee_       ID # _117162_ Living Unit: _SC L76_

Job Assignment: _____       Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _MY FOREARM_
for the purpose of (explain): _Turning a Dark Purple purple around Area That_
_Object is stuck in, Painful and Itchy. Can I_
_Please see A Doctor._

_M. Lee_                                    _7-17-2021_
Offender's Signature                              Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____     Remarks by supervisor (if necessary) : _____

_____     _____

_____     _____

_____                          _____
Print Staff Name                                 Print Supervisor Name

_____   _____             _____   _____
Staff Signature              Date                  Supervisor Signature         Date

Distribution:   Affected Unit

*Printed on Recycled Paper*                                    DOC 0286 (Rev. 4/2010)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: MICHAEL, lee                    ID # Y17160  Living Unit: SC L16

Job Assignment: _____        Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) A nurse Pratitione

for the purpose of (explain): CUT OPEN MY foReARM on 7-12-2021 and failed to

Locate objTct, no xRay was Done and She STated I'M Stuck

With objTct Inside she , ITs noThing She can Do, can I please See

M. lee                                 7-20-2021   Someone eLse

          Offender's Signature                         Date    Please.

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____        Remarks by supervisor (if necessary) : _____

_____        _____

_____        _____

_____        _____

          Print Staff Name                               Print Supervisor Name

          Staff Signature            Date                Supervisor Signature            Date

Distribution:  Affected Unit

              Printed on Recycled Paper                   DOC 0286 (Rev. 4/2010)

**State of Illinois - Department of Corrections**

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y17162 | **Counseling Date** | 07/13/21 13:23:29:050 |
| **Offender Name** | LEE, MICHAEL | **Type** | Collateral |
| **Current Admit Date** | 08/06/2020 | **Method** | Grievance |
| **MSR Date** | 10/24/2022 | **Location** | LAW SEGREGATION |
| **HSE/GAL/CELL** | S -CL-16 | **Staff** | BICE, KATIE L., Office Coordinator |

Grievance Office received grievance #07-21-100 marked emergency regarding medical treatment, dated 07/09/2021.  Grievance sent to CAO for review.

FOR OBJECT in MY ARM
That Change coloR in
ARM, seen nuRse on 7-12-2021
PRactitoneR whom cut aRM
open and falled To Locate/
REMove obJect

**Print Date  7/13/2021**

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y17162 | **Counseling Date** | 07/26/21 14:21:25:293 |
| **Offender Name** | LEE, MICHAEL | **Type** | Collateral |
| **Current Admit Date** | 08/06/2020 | **Method** | Grievance |
| **MSR Date** | 10/24/2022 | **Location** | LAW SEGREGATION |
| **HSE/GAL/CELL** | S -CL-16 | **Staff** | BICE, KATIE L., Office Coordinator |

Grievance Office received grievance #07-21-134 dated 07/08/2021 regarding medical treatment at 2nd level for review.

**Print Date** 7/26/2021

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y17162 | **Counseling Date** | 07/26/21 14:22:02:457 |
| **Offender Name** | **LEE, MICHAEL** | **Type** | Collateral |
| **Current Admit Date** | 08/06/2020 | **Method** | Grievance |
| **MSR Date** | 10/24/2022 | **Location** | LAW SEGREGATION |
| **HSE/GAL/CELL** | S -CL-16 | **Staff** | BICE, KATIE L., Office Coordinator |

Grievance Office received grievance #07-21-132 dated 07/12/2021 regarding medical treatment at 2nd level for review.

**Print Date  7/26/2021**

RECEIVED
LAWRENCE CC
Assigned counselor initials
1st Lvl rec  JUL 1 3 2021

RECEIVED
LAWRENCE CC
JUL 14 2021
GRIEVANCE OFFICE
2nd Lvl rec

Housing Unit: 5C   Bed #

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 7-9-2021 | Offender (please print): Michael, Lee | ID #: Y17162 | Race (optional): |
|---|---|---|---|
| Present Facility: Lawrence, CC | | Facility where grievance issue occurred: Lawrence, CC | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Inadequate medical care

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** On 7-9-2021

Today, I asked nurse can I please see a doctor for 2 objects thats stuck in my arm on 7-9-2021 unit-c. Where nurse was passing medication she responded to me by saying "send a slip to HCU." I stated "I sent a slip to HCU on 6-21-2021 6-28-2021, 7-1-2021, 7-4-2021, and 7-8-2021

[x] Continued on reverse ➔

**Relief Requested:** For a doctor to screen my arm and find a way to remove both foreign metal objects out of my right forearm. and to be given proper medical care.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

| Michael Lee | Y17162 | 7-9-2021 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Housing Unit. SC     Bed #: L-15

Assigned Grievance #/Institution

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                     2nd Lvl rec:

And I only Been Seen FoR OTheR

ISSUeS, I hau not Been Seen

oR had A X-RaY on RIght FoReARM

FoR This concernIng ISSUE at all

The nuRSe PRoceeded To walk oFF.

This oBJect feels as IF Its MoVing DeePlY, and

Its TuRning MY ARM PuRPle and

Swellen, Also Some DaYs MY aRM goes

nuMB.

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any
response you received. If you cannot do so, explain why not: HeRe aRe
ReuvesT FOR ADMiNiSTRetive RemedY BY PROOF OF
MY gRievances and RequesTs TO Medical coHiCH
Receiud no Resfonce and senT Back TO Me. STaFF
GRieVance# 7-21-132 SaiD 9t 9s not aHiReD DOCTOR cuRRenTly,
7-12-21 FOR MediCal TREetMenT BY S. STOveR, in on RecoRds Datel
and as well as GRievance# 7-21-134
is on INADeuvcute Medicu
Cale DateD 7-8-2021, I can not
Send The actou grievance Becuus
Those have Been senT TO ADMiNiSTRatio
/ ARB whom is oveR LawRence.CC
and all lawRence.CC STaFF, They
w9ll only Send me a Recieft
OF BoTh gRievances afTeR
At least 60Days. I have
exHausteD MY ADMiNiSTROive
ReMeDY'S AT Law Rence, CC
Rev. 10/3/19
ThRough all ThRee gRievance HandleRs
Such as, L.Liv9ngsTon, J.GaRReTT,
And waRDen DeAnnA M. BRookHaRt
AlSo on 7-14-2021, THe waRDen DeteRighed gRievance
# 7-21-100 A emeRgency, on THis saMe issiue.

IV.   **STATEMENT OF CLAIM**

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I, feel WEXFORD Heath Services whom employes, S. Stover, And Don Lackey, and Partnering with ILLinois Department of Corrections, Violated my constitutional Rights BY Being Involed, and Supervising S. Stover whom is a nurse Practitioner That cut open my FoReArm, without ordering an X-Ray, to Locate The exact Location of object stuck in my Right ForeArm. and BY Providing Poor, and inadequate medical care, BY not having a Doctor present. And, I feel L. Livingston, and J. Garrett, are Involed As well BY Being The Grievance Responders, as well as Deanna M. Brook Hart whom signs off on L. Livingston, And J. Garrett Decisions on grievances. (S. Stover) Failed To Locate Foreign object stuck in my are on 7-12-2021 And stated "I should have ordered an X-Ray, But The X-Ray Staff are not working today, Sorry Mr. Lee it's nothing futher I can Do. Then IDoc, is Involed BY Deanna Brook Hart,

Rev. 10/3/19

Rob, Jeffreys, and Debbie Knauer All Being employed BY IDoc, and having The Power To over turn Decision on grievances, each Defendant Are Being Sue in their Individual capacities. For Medical Malpractice, and Violation of my Rights

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C (A.) §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office. THAT

The COURT ORDER COMPENSATORY Damages And Punitive Damages BE AWARDED In AN AMMOUNT To BE DETERMINED In FAVOR OF PlAintIFF; (B.) ORDER That DEFenDANTS BE ORDERED TO Pay all OF PlAintIFF'S COST And ReaSonABle ATTORNEYS Fee's Incurred In PROSECUTING This Action, And ANY OTHER Relief The COURT DeeMS JUSt, And PROPeR

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   8-7-2021
            *(date)*

Signature of Plaintiff:   M. Zee

Street Address:   19030 Lawrence RoAd

Printed Name:   MicHAel lee

City, State, Zip:   Sumner, FL 62466

Prisoner Register Number:   ID# Y-17162

Signature of Attorney (if any):   PRO Se

Rev. 10/3/19



USA FOREVER

U.S. POSTAGE ≫ PITNEY BOWES

$ 001.29⁰

ZIP 62466
02 4W
0000369654 AUG. 03. 2021.

Michael, Lee #DY17162
Lawrence, CC
19030 Law-Rence ROAD
SUMMER IL 62466

US Mail CLEARED
PRIVILEGED MAILS
Southern

CLERK of COURT
United States DISTRICT COURT
Southern DISTRICT of Illinois
750 Missouri AVE.
EAST St. Louis, FL 62201

(Legal Mail)

RECEIVED

2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



FSC
MIX
Envelope
FSC® C117141